IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SURESH PATEL,

    Petitioner,

vs.      CIVIL ACTION NO.: CV211-044

ANTHONY HAYNES, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Patel states he has exhausted his administrative remedies and this Court should review the merits of his habeas petition. Though it appears Patel has completed the grievance process, the responses to his grievances note that a final determination concerning his RRC placement length has not yet been made. (Doc. No. 12-1). Patel's petition is not ripe for review.

Patel's Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as

the opinion of the Court. Patel's 28 U.S.C. § 2241 Petition is **DISMISSED** without prejudice.

**SO ORDERED**, this 11 day of July, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA